No. 916. WEIL ET AL. *v.* UNITED STATES. May 12, 1941. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Mr. Eugene J. Morris* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Thomas E. Harris,* and *Newton K. Fox* for the United States. *Messrs. Harold L. Smith* and *John F. Caskey* filed a brief on behalf of the Mortgage Corporation of New York, as *amicus curiae,* in support of the petition.